IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| IRAN DEWAYNE KETCHUP, | * | |
| Petitioner, | * | |
| vs. | * | CASE NO. 4:94-CR-25 (CDL) |
| UNITED STATES OF AMERICA, | * | |
| Respondent. | * | |

O R D E R

After a de novo review of the record in this case, the Report and Recommendations filed by the United States Magistrate Judge on April 25, 2022 and May 19, 2022 are hereby approved, adopted, and made the Order of the Court.

The Court considered Petitioner's objections to the Report and Recommendations and finds that they lack merit.

IT IS SO ORDERED, this 14th day of June, 2022.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA